**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION**

| | |
|---|---|
| IN RE: | Case No. 19-13200-ref |
| | Chapter 13 |
| GIOVANNI ABREU | |
| Debtor(s). | |

**NOTICE OF APPEARANCE**

**U.S. Bank National Association, not in its individual capacity, but solely as legal title trustee for BCAT 2016-17TT**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Daniel Jones, Esquire
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976**

By: ___/s/ *Daniel Jones, Esquire*___
Daniel Jones, Esquire,
Bar No: 321876
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
djones@sterneisenberg.com
Attorney for Creditor

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 22nd day of May, 2019, to the following:

Joseph T. Bambrick, Jr.
Joseph T. Bambrick, Jr., Esquire
529 Reading Avenue
Suite K
West Reading, PA 19611
NO1JTB@juno.com
*Attorney for Debtor(s)*


Scott Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
info@ReadingCh13.com
*Chapter 13 Trustee*


United S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
*U.S. Trustee*


and by standard first class mail postage prepaid to:

Giovanni Abreu
205 W. Green Street
Reading, PA 19601
*Debtor(s)*


                                                              By:      */s/Daniel Jones, Esquire*