United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-13200-ref
Giovanni Abreu                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: SaraR          Page 1 of 1          Date Rcvd: May 20, 2019
                             Form ID: 130          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 22, 2019.
db             +Giovanni Abreu,    205 W. Green Street,    Reading, PA 19601-2703

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2019                                      Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 20, 2019 at the address(es) listed below:
            JOSEPH T. BAMBRICK, JR.    on behalf of Debtor Giovanni  Abreu NO1JTB@juno.com
            SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                               TOTAL: 3

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re:                                                    Chapter: 13

    Giovanni Abreu

           Debtor(s)                          Bankruptcy No: 19–13200–ref

*O R D E R*

  **AND NOW,** this 20th day of May 2019 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

  It is hereby ORDERED that:

 1.  This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

        Documents and Deadline

        Matrix List of Creditors due 05/23/2019.
        Atty Disclosure Statement due 05/30/2019.
        Chapter 13 Plan due by 05/30/2019.
        Chapter 13 Statement of Your Current Monthly Income and
        Calculation of Commitment Period Form 122C–1 Due 05/30/2019.
        Means Test Calculation Form 122C–2 – If Applicable – Due: 5/30/2019.
        Schedules A/B through J due 05/30/2019.
        Statement of Financial Affairs due 05/30/2019.
        Summary of Assets and Liabilities Form B106 due 05/30/2019.

 2.  Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

                     By the Court

                     Richard E. Fehling
            Chief Judge , United States Bankruptcy Court