United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 19-13200-elf
Giovanni Abreu                                                        Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4            User: JEGilmore          Page 1 of 1           Date Rcvd: Jun 04, 2019
                               Form ID: pdf900          Total Noticed: 11


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 06, 2019.
db          +Giovanni Abreu,   205 W. Green Street,   Reading, PA 19601-2703
smg         +Bureau of Audit and Enforcement,   City of Allentown,   435 Hamilton Street,
             Allentown, PA 18101-1603
smg          City Treasurer,   Eighth and Washington Streets,   Reading, PA  19601
smg         +Dun & Bradstreet, INC,   3501 Corporate Pkwy,   P.O. Box 520,   Centre Valley, PA 18034-0520
smg         +Lehigh County Tax Claim Bureau,   17 South Seventh Street,   Allentown, PA 18101-2401
smg         +Tax Claim Bureau,   633 Court Street,   Second Floor,   Reading, PA 19601-4300
acc         +ROBERT N. SNYDER,   Sharer Petree Brotz & Snyder,   1103 Laurel Oak Rd,   Suite 105B,
             Voorhees, NJ 08043-4376
cr          +U.S. Bank National Association, et. al,   c/o Stern & Eisenberg, PC,   1581 Main Street,
             Suite 200,   Warrington, PA 18976-3403

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 05 2019 03:03:04
             Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 05 2019 03:03:39     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr          +E-mail/PDF: gecsedi@recoverycorp.com Jun 05 2019 03:06:42     Synchrony Bank,
             c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                       TOTAL: 3

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 4, 2019 at the address(es) listed below:
          DANIEL P. JONES   on behalf of Creditor   U.S. Bank National Association, et. al
           djones@sterneisenberg.com,  bkecf@sterneisenberg.com
          JOSEPH T. BAMBRICK, JR.   on behalf of Debtor Giovanni  Abreu NO1JTB@juno.com
          KEVIN G. MCDONALD   on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com
          SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                              TOTAL: 5

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

|  |  |  |
|---|---|---|
| **GIOVANNI ABREU,** | : | **Chapter 13** |
|  | : |  |
| **Debtor** | : | **Bankruptcy No: 19-13200** |

### O R D E R

*AND NOW*, upon consideration of the Motion of the Debtors to Extend the Deadlines, it is ***ORDERED*** that the Debtors are ***GRANTED*** I*N PART AND DENIED IN PART*. The Debtor shall file all required documents **on or before June 17, 2019**.

Date:  6/3/19

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**