# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Giovanni Abreu**  
                                    Debtor(s)

Case No.  **19-13200**  
Chapter  **13**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **June 14, 2019**     **/s/ Giovanni Abreu**  
    **Giovanni Abreu**  
    Signature of Debtor