United States Bankruptcy Court
Eastern District of Pennsylvania

In re:   Case No. 19-13200-elf
Giovanni Abreu   Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: SaraR    Page 1 of 2    Date Rcvd: Dec 09, 2019
                     Form ID: 152    Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 11, 2019.
```
db             +Giovanni Abreu,    205 W. Green Street,    Reading, PA 19601-2703
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
acc            +ROBERT N. SNYDER,    Sharer Petree Brotz & Snyder,    1103 Laurel Oak Rd,    Suite 105B,
                 Voorhees, NJ 08043-4376
14342024       +Citadel Federal Credit Union,    Weltman, Weinberg & Reis Co., LPA,
                 170 S. Independence Mall W.,    Suite 874W,    Philadelphia, PA 19106-3334
14330884       +M&T Bank,    c/o Kevin G. McDonald, Esquire,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
14342026      ++MET ED FIRST ENERGY,    101 CRAWFORD CORNER RD,    BLDG 1 SUITE 1-511,    HOLMDEL NJ 07733-1976
               (address filed with court: Met Ed,    2800 Pottsville Pike,    Reading, PA 19605)
14342027       +Nationwide Insurance,    124 N 9th St,    Philadelphia, PA 19107-2401
14342028        Progressive Insurance,    1303 Vine St #127,    Philadelphia, PA 19107
14361646       +U.S. Bank National Association, et al,    9990 Richmond Avenue, Suit 400 South,
                 Houston, TX 77042-4546
14330498       +U.S. Bank National Association, et. al,    c/o Stern & Eisenberg, PC,    1581 Main Street,
                 Suite 200,    Warrington, PA 18976-3403
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 10 2019 03:37:40
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 10 2019 03:37:59     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Dec 10 2019 03:45:19      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14342023       +E-mail/Text: dl-collectionsbankruptcyteam@drivetime.com Dec 10 2019 03:38:16      Bridge Crest,
                 7300 E Hampton Ave #101,    Mesa, AZ 85209-3324
14358888       +E-mail/Text: dl-collectionsbankruptcyteam@drivetime.com Dec 10 2019 03:38:16      Bridgecrest,
                 P O Box 29018,    Phoenix, AZ 85038-9018
14352536        E-mail/Text: camanagement@mtb.com Dec 10 2019 03:37:19      M&T BANK,    PO BOX 840,
                 Buffalo, NY 14240
14342025        E-mail/Text: camanagement@mtb.com Dec 10 2019 03:37:19      M&T Bank,    50 N. 5th Street,
                 Reading, PA 19601
14361933        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 10 2019 03:44:46
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14326842       +E-mail/PDF: gecsedi@recoverycorp.com Dec 10 2019 03:45:55      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14342022        Air Resources Inc
cr*            +U.S. Bank National Association, et. al,    c/o Stern & Eisenberg, PC,    1581 Main Street,
                 Suite 200,    Warrington, PA 18976-3403
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 11, 2019                                 Signature:  /s/Joseph Speetjens

```
District/off: 0313-4          User: SaraR              Page 2 of 2              Date Rcvd: Dec 09, 2019
                              Form ID: 152             Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 9, 2019 at the address(es) listed below:
              DANIEL P. JONES    on behalf of Creditor    U.S. Bank National Association, et. al
               djones@sterneisenberg.com, bkecf@sterneisenberg.com
              JOSEPH T. BAMBRICK, JR.    on behalf of Debtor Giovanni  Abreu NO1JTB@juno.com
              KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                           TOTAL: 6
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Giovanni Abreu

    Debtor(s)

Case No: 19−13200−elf

Chapter: 13

---

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Eric L. Frank

, United States Bankruptcy Court 1/23/20 at 10:00 AM , in Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Timothy B. McGrath
Clerk of Court