UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    GIOVANNI ABREU<br><br>    Debtor | Chapter 13<br>Bankruptcy No.19-13200-ELF |

CERTIFICATE OF SERVICE

    I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 20th day of December, 2019, by first class mail upon those listed below:

GIOVANNI ABREU
205 W. GREEN STREET
READING, PA  19601

**Electronically via CM/ECF System Only:**

JOSEPH T BAMBRICK JR ESQ
529 READING AVENUE
SUITE K
WEST READING, PA  19611

 

*/s/ Deborah A. Earnshaw*
Deborah A. Earnshaw
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee