**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION**

IN RE:                                                    Case No. 19-13200-ELF
                                                                         Chapter 13

GIOVANNI ABREU

Debtor(s).

## REQUEST TO WITHDRAW OBJECTION TO PLAN

Kindly withdraw the Objection to Confirmation of Plan filed by Movant, **U.S. Bank National Association, not in its individual capacity, but solely as legal title trustee for BCAT 2016-17TT c/o Selene Finance LP**, on July 16, 2019 (Doc 27).

                                                By:      _/s/  Daniel P. Jones, Esquire_
                                                                    Daniel P. Jones, Esquire
                                                                    Bar No: 321876
                                                                    Stern & Eisenberg, PC
                                                                    1581 Main Street, Suite 200
                                                                    The Shops at Valley Square
                                                                    Warrington, PA 18976
                                                                    Phone: (215) 572-8111
                                                                    Fax: (215) 572-5025
                                                                    djones@sterneisenberg.com
                                                                    Attorney for Creditor

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Request to be sent by electronic means via the Court's CM/ECF notification system this 22nd day of January 2020, to the following:

Joseph T. Bambrick, Jr., Esq.
Joseph T. Bambrick, Jr., Esquire
529 Reading Avenue, Suite K
West Reading, PA 19611
NO1JTB@juno.com
*Attorney for Debtor*

Scott F. Waterman. Esq.
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
ECFMail@ReadingCh13.com
*Chapter 13 Trustee*

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
USTPRegion03.PH.ECF@usdoj.gov
*U.S. Trustee*

and by standard first-class mail postage prepaid to:

Giovanni Abreu
205 W. Green Street
Reading, PA 19601
*Debtor*

           By:  */s/Daniel P. Jones, Esquire*