# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Giovanni Abreu<br>　　　Debtor<br><br>Rafael Abreu<br>　　　Non-Filing Co-Debtor<br>-----------------------------------------------<br>U.S. Bank National Association, not in its individual capacity, but solely as legal title trustee for BCAT 2016-17TT<br>　　　Creditor/Movant<br>v.<br>Giovanni Abreu<br>　　　Respondent | Chapter: 13<br><br>Bankruptcy Case: 19-13200 |

## ORDER APPROVING STIPULATION/CONSENT ORDER

AND NOW, this _____ day of _____, 2020, upon consideration of the Stipulation between Debtor and U.S. Bank National Association, not in its individual capacity, but solely as legal title trustee for BCAT 2016-17TT, it is hereby ORDERED and DECREED that the Stipulation is APPROVED and made an Order of the Court.

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE