IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Giovanni Abreu<br>         Debtor<br><br>Rafael Abreu<br>         Non-Filing Co-Debtor<br>-----------------------------------------------<br>U.S. Bank National Association, not in its individual capacity, but solely as legal title trustee for BCAT 2016-17TT<br>         Creditor/Movant<br>v.<br>Giovanni Abreu<br>         Respondent | Chapter: 13<br><br>Bankruptcy Case: 19-13200 |

**ORDER APPROVING STIPULATION/CONSENT ORDER**

AND NOW, this ___27th___ day of ___January___, 2020, upon consideration of the Stipulation (Doc # 42) between Debtor and U.S. Bank National Association, not in its individual capacity, but solely as legal title trustee for BCAT 2016-17TT, it is hereby **ORDERED** that the Stipulation is **APPROVED** and made an Order of the Court.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**