United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                           Case No. 19-13200-elf
Giovanni Abreu                                                   Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4           User: JEGilmore            Page 1 of 1           Date Rcvd: Jan 27, 2020
                               Form ID: pdf900            Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2020.
```
db            +Giovanni Abreu,    205 W. Green Street,    Reading, PA 19601-2703
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
               Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg           +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
acc           +ROBERT N. SNYDER,    Sharer Petree Brotz & Snyder,    1103 Laurel Oak Rd,    Suite 105B,
               Voorhees, NJ 08043-4376
cr            +U.S. Bank National Association, et. al,    c/o Stern & Eisenberg, PC,    1581 Main Street,
               Suite 200,    Warrington, PA 18976-3403
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 28 2020 03:22:12
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 28 2020 03:22:22     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: gecsedi@recoverycorp.com Jan 28 2020 03:16:04      Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 3
```

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2020                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2020 at the address(es) listed below:
```
              DANIEL P. JONES    on behalf of Creditor    U.S. Bank National Association, et. al
               djones@sterneisenberg.com, bkecf@sterneisenberg.com
              JOSEPH T. BAMBRICK, JR.    on behalf of Debtor Giovanni  Abreu NO1JTB@juno.com
              KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 6
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:<br>Giovanni Abreu<br>    Debtor<br><br>Rafael Abreu<br>    Non-Filing Co-Debtor<br>-----------------------------------------------<br>U.S. Bank National Association, not in its individual capacity, but solely as legal title trustee for BCAT 2016-17TT<br>    Creditor/Movant<br>v.<br>Giovanni Abreu<br>    Respondent | Chapter: 13<br><br>Bankruptcy Case: 19-13200 |

**ORDER APPROVING STIPULATION/CONSENT ORDER**

AND NOW, this __27th__ day of __January__, 2020, upon consideration of the Stipulation (Doc # 42) between Debtor and U.S. Bank National Association, not in its individual capacity, but solely as legal title trustee for BCAT 2016-17TT, it is hereby **ORDERED** that the Stipulation is **APPROVED** and made an Order of the Court.

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE