# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 19-13200-elf |
|    Giovanni Abreu | : Chapter 13 |
|         Debtor | : |
| | : |
| Bridgecrest Credit Company, LLC | : |
|         Movant | : |
|    vs. | : |
| Giovanni Abreu | : |
|         Debtor/Respondent | : |
|    and | : |
| Scott F. Waterman, Esquire | : |
|         Trustee/Respondent | : |

## CERTIFICATION OF NO ANSWER OR RESPONSE
## TO MOTION FOR RELIEF FROM STAY

I, Danielle Boyle-Ebersole, counsel for Bridgecrest Credit Company, LLC ("Movant"), hereby certify that no answer, objection, or other response to the Motion of Movant for Relief from Stay has been filed with the Court or served upon undersigned counsel.

WHEREFORE, Movant prays this Honorable Court to grant the relief requested in the Motion.

Date: 03/5/2020

/s/Danielle Boyle-Ebersole, Esquire
Danielle Boyle-Ebersole, Esquire
Hladik, Onorato & Federman, LLP
Attorney I.D. # 81747
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Email: debersole@hoflawgroup.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 19-13200-elf |
|    Giovanni Abreu | : Chapter 13 |
|         Debtor | : |
| | : |
| Bridgecrest Credit Company, LLC | : |
|         Movant | : |
|    vs. | : |
| Giovanni Abreu | : |
|         Debtor/Respondent | : |
|    and | : |
| Scott F. Waterman, Esquire | : |
|         Trustee/Respondent | : |

## CERTIFICATE OF SERVICE OF
## CERTIFICATION OF NO ANSWER OR RESPONSE

     I, Danielle Boyle-Ebersole, certify under penalty of perjury that I served the above captioned pleading, Certification of No Answer of Response to Motion for Relief, on the parties at the addresses shown on March 5, 2020.

The types of service made on the parties were: Electronic Notification and/ or First Class Mail, as noted below:

| | |
|---|---|
| Joseph T. Bambrick Jr., Esquire<br>Via ECF<br>*Attorney for Debtor* | Giovanni Abreu<br>205 W. Green Street<br>Reading, PA 19601<br>Via First Class Mail<br>*Debtor* |
| Scott F. Waterman, Esquire<br>VIA ECF<br>*Trustee* | |

Dated: 03/05/2020

                                         /s/Danielle Boyle-Ebersole, Esquire
                                         Danielle Boyle-Ebersole, Esquire
                                         Hladik, Onorato & Federman, LLP
                                         Attorney I.D. # 81747
                                         298 Wissahickon Avenue
                                         North Wales, PA 19454
                                         Phone 215-855-9521
                                         Fax 215-855-9121