## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 19-13200 PMM |
|    Giovanni Abreu | : |
|              Debtor |   Chapter 13 |
| | : |
| Bridgecrest Credit Company, LLC | : |
|              Movant | : |
|    vs. | : |
| Giovanni Abreu | : |
|              Debtor/Respondent | : |
|    and | : |
| Scott F. Waterman, Esquire | : |
|              Trustee/Respondent | : |

### **ORDER**

AND NOW, this 16th day of March, 2020, upon the Motion of Movant, Bridgecrest Credit Company, LLC, it is hereby:

**ORDERED** THAT: the Motion is granted, and the automatic stay under 11 U.S.C. § 362 is modified and lifted with respect to the Vehicle, more commonly known as a 2014 TOYOTA CAMRY 4C, VIN #4T1BF1FK2EU403821, to allow Movant or its successors, if any, to exercise its *in rem* rights under its loan documents; and it is

FURTHER **ORDERED** THAT: Rule 4001 (a)(1) is waived, permitting Movant to immediately enforce and implement this Order for relief.

**Order entered by default.**

_____
    **ERIC L. FRANK**
    **U.S. BANKRUPTCY JUDGE**
    **for U.S. BANKRUPTCY JUDGE PATRICIA M. MAYER**