United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 19-13200-pmm
Giovanni Abreu                                                          Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: JEGilmore    Page 1 of 1    Date Rcvd: Mar 16, 2020
                    Form ID: pdf900    Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2020.
```
db          +Giovanni Abreu,    205 W. Green Street,    Reading, PA 19601-2703
smg         +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
             Allentown, PA 18101-1603
smg          City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg         +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg         +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg         +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
acc         +ROBERT N. SNYDER,    Sharer Petree Brotz & Snyder,    1103 Laurel Oak Rd,    Suite 105B,
             Voorhees, NJ 08043-4376
cr          +U.S. Bank National Association, et. al,    c/o Stern & Eisenberg, PC,    1581 Main Street,
             Suite 200,    Warrington, PA 18976-3403
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 17 2020 03:58:10
             Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 17 2020 03:58:17     U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          +E-mail/PDF: gecsedi@recoverycorp.com Mar 17 2020 04:01:45     Synchrony Bank,
             c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 16, 2020 at the address(es) listed below:
```
              DANIEL P. JONES    on behalf of Creditor    U.S. Bank National Association, et. al
               djones@sterneisenberg.com, bkecf@sterneisenberg.com
              DANIELLE BOYLE-EBERSOLE    on behalf of Creditor    Bridgecrest Credit Company, LLC
               debersole@hoflawgroup.com, pfranz@hoflawgroup.com
              JOSEPH T. BAMBRICK, JR.    on behalf of Debtor Giovanni  Abreu NO1JTB@juno.com
              KEVIN G. MCDONALD    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 7
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 19-13200 PMM |
|    Giovanni Abreu | : |
|                 Debtor |   Chapter 13 |
| Bridgecrest Credit Company, LLC | : |
|                 Movant | : |
|    vs. | : |
| Giovanni Abreu | : |
|                 Debtor/Respondent | : |
|    and | : |
| Scott F. Waterman, Esquire | : |
|                 Trustee/Respondent | : |

**ORDER**

AND NOW, this 16th day of March, 2020, upon the Motion of Movant, Bridgecrest Credit Company, LLC, it is hereby:

**ORDERED** THAT: the Motion is granted, and the automatic stay under 11 U.S.C. § 362 is modified and lifted with respect to the Vehicle, more commonly known as a 2014 TOYOTA CAMRY 4C, VIN #4T1BF1FK2EU403821, to allow Movant or its successors, if any, to exercise its *in rem* rights under its loan documents; and it is

FURTHER **ORDERED** THAT: Rule 4001 (a)(1) is waived, permitting Movant to immediately enforce and implement this Order for relief.

**Order entered by default.**

_____
   **ERIC L. FRANK**
   **U.S. BANKRUPTCY JUDGE**
   **for U.S. BANKRUPTCY JUDGE PATRICIA M. MAYER**