## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## READING DIVISION

Steven P. Kelly, Esq.
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Telephone: (215) 572-8111
Facsimile: (215) 572-5025

| In Re: <br><br> Giovanni Abreu <br><br>                     Debtor(s) <br> Rafael Abreu <br><br>                     Co-Debtor(s) | Chapter 13 <br><br> Case Number: 19-13200-pmm |
|---|---|

## WITHDRAWAL OF PROOF OF CLAIM 3-1

      U.S. Bank National Association, not in its individual capacity, but solely as legal title trustee for BCAT 2016-17TT (hereinafter "Movant") by its undersigned counsel, hereby gives notice that it is withdrawing its PROOF OF CLAIM 3-1 filed on or about July 23, 2019 on the Claims Register, without prejudice. As the Claim was granted Relief from the Automatic Stay by Consent of the Parties.

Date: August 14, 2020                          Respectfully Submitted,

                                                    */s/ Steven P. Kelly*
                                           Steven P. Kelly, Esquire   FBN: 308573
                                             Stern & Eisenberg, PC
                                             1581 Main Street, Suite 200
                                             The Shops at Valley Square
                                             Warrington, PA 18976
                                             Phone: (215) 572-8111
                                             Fax: (215) 572-5025
                                             skelly@sterneisenberg.com
                                             Attorney for Creditor

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Withdrawal of Document was served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date to the following:

Date: August 14, 2020

| | |
|---|---|
| Joseph T. Bambrick, Jr.<br>529 Reading Avenue<br>Suite K<br>West Reading, PA 19611<br>NO1JTB@juno.com<br>**Counsel for Debtor** | Scott F. Waterman<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606<br>ECFMail@ReadingCh13.com<br>**Bankruptcy Trustee** |

U.S. Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106
USTPRegion03.PH.ECF@usdoj.gov
**US Trustee**


and by standard first-class mail postage prepaid to:

Giovanni Abreu
205 W. Green Street
Reading, PA 19601
**Debtor(s)**


Rafael Abreu
205 W Green St
Reading, PA 19601
**Non Filing Co-Debtor**

Date: August 14, 2020            /s/ Steven P. Kelly
Steven P. Kelly, Esquire   FBN: 308573
Stern & Eisenberg, PC
1581 Main Street, Suite 200
The Shops at Valley Square
Warrington, PA 18976
Phone: (215) 572-8111
Fax: (215) 572-5025
skelly@sterneisenberg.com
Attorney for Creditor