Office Mailing Address:

Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:

Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 19-13200-PMM**

GIOVANNI ABREU
205 W. GREEN STREET
READING  PA    19601

Petition Filed Date: 05/16/2019
341 Hearing Date: 08/06/2019
Confirmation Date:

Case Status: Open / Unconfirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/05/2019 | $191.00 | Automatic Payı | 08/14/2019 | $191.00 | Monthly Plan P | 09/03/2019 | $191.00 | Automatic Payı |
| 10/03/2019 | $191.00 | | 11/04/2019 | $191.00 | | 12/04/2019 | $191.00 | |
| 01/03/2020 | $191.00 | | 02/03/2020 | $191.00 | | 03/04/2020 | $48.00 | |
| 04/02/2020 | $48.00 | | 05/04/2020 | $48.00 | | 06/02/2020 | $48.00 | |
| 07/06/2020 | $48.00 | | 08/03/2020 | $48.00 | | | | |

**Total Receipts for the Period:  $1,816.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $1,816.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | | | | | |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,816.00 | Current Monthly Payment: | $51.07 |
| Paid to Claims: | $0.00 | Arrearages: | $14.26 |
| Paid to Trustee: | $168.58 | Total Plan Base: | $4,179.48 |
| Funds on Hand: | $1,647.42 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
  for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.