**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**

| | | |
|---|---|---|
| **GIOVANNI ABREU,** | : | **Chapter 13** |
| | : | |
| **Debtor** | : | **Bankruptcy No: 19-13200** |

## <u>CERTIFICATE OF NO RESPONSE</u>

I, Joseph T. Bambrick, Jr., Esquire, hereby certify that October 16, 2020 a copy of the Application for Compensation and Response Date with a response deadline of November 6, 2020, was mailed via First Class Mail and/or e-mailed to all the parties in this matter and/or who have participated in this action. I have not received any objections from any of the parties of interest objecting to the Motion filed by Joseph T. Bambrick, Jr., Esquire, on behalf of Giovanni Abreu.

Dated:  _November 9, 2020_____          _/s/Joseph Bambrick_____
                                                                    Joseph T. Bambrick, Jr., Esquire
                                                                    Attorney ID 45112
                                                                    529 Reading Avenue
                                                                    West Reading, PA  19611
                                                                    610/372-6400