United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Giovanni Abreu  
    Debtor

Case No. 19-13200-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2  
Date Rcvd: Apr 15, 2021      Form ID: trc      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2021:**  
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14352536 | Email/Text: camanagement@mtb.com | Apr 16 2021 03:51:00 | M&T BANK, PO BOX 840, Buffalo, NY 14240 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 17, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2021 at the address(es) listed below:

**Name**      **Email Address**

DANIEL P. JONES  
    on behalf of Creditor U.S. Bank National Association et. al djones@sterneisenberg.com, bkecf@sterneisenberg.com

DANIELLE BOYLE-EBERSOLE  
    on behalf of Creditor Bridgecrest Credit Company LLC dboyle-ebersole@orlans.com, pfranz@hoflawgroup.com

JOSEPH T. BAMBRICK, JR.  
    on behalf of Debtor Giovanni Abreu NO1JTB@juno.com

KEVIN G. MCDONALD  
    on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com

STEVEN P KELLY  
    on behalf of Creditor U.S. Bank National Association et. al skelly@sterneisenberg.com, bkecf@sterneisenberg.com

Scott F Waterman  
    on behalf of Trustee Scott F Waterman ECFMail@ReadingCh13.com

Scott F Waterman  
    ECFMail@ReadingCh13.com

United States Trustee

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Apr 15, 2021 | Form ID: trc | Total Noticed: 1

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 19-13200-pmm
Chapter 13

In re: Debtor(s) (including Name and Address)

Giovanni Abreu
205 W. Green Street
Reading PA 19601

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/14/2021.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 1: M&T BANK, PO BOX 840, Buffalo, NY 14240 | Community Loan Servicing, LLC<br>4425 Ponce De Leon Blvd. 5th Floor<br>Coral Gables, Florida 33146 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 04/17/21

Tim McGrath
**CLERK OF THE COURT**