| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 19-13200-PMM**

GIOVANNI ABREU
205 W. GREEN STREET
READING  PA   19601

Petition Filed Date: 05/16/2019
341 Hearing Date: 08/06/2019
Confirmation Date: 10/15/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/03/2020 | $191.00 | | 02/03/2020 | $191.00 | | 03/04/2020 | $48.00 | |
| 04/02/2020 | $48.00 | | 05/04/2020 | $48.00 | | 06/02/2020 | $48.00 | |
| 07/06/2020 | $48.00 | | 08/03/2020 | $48.00 | | 09/02/2020 | $48.00 | |
| 10/05/2020 | $48.00 | | 11/02/2020 | $48.00 | | 12/04/2020 | $48.00 | |
| 01/05/2021 | $48.00 | | 02/02/2021 | $48.00 | | 03/05/2021 | $48.00 | |
| 04/05/2021 | $48.00 | | 05/03/2021 | $48.00 | | 06/03/2021 | $48.00 | |

**Total Receipts for the Period:  $1,150.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $2,296.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | JOSEPH T BAMBRICK JR ESQ | Attorney Fees | $2,500.00 | $2,046.30 | $453.70 |
| 1 | COMMUNITY LOAN SERVICING LLC<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | BRIDGECREST CREDIT COMPANY LLC<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | SELENE FINANCE<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 004 | Unsecured Creditors | $353.10 | $0.00 | $353.10 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 005 | Unsecured Creditors | $907.23 | $0.00 | $907.23 |

**Chapter 13 Case No. 19-13200-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $2,296.00 | Current Monthly Payment: | $51.07 |
| Paid to Claims: | $2,046.30 | Arrearages: | $44.96 |
| Paid to Trustee: | $206.50 | Total Plan Base: | $4,179.48 |
| Funds on Hand: | $43.20 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.