United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 19-13200-pmm
Giovanni Abreu Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: admin        Page 1 of 2
Date Rcvd: Aug 18, 2022        Form ID: trc        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 20, 2022:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14599282 | + Email/Text: nsm_bk_notices@mrcooper.com | Aug 19 2022 00:08:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146-1839 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2022        Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 17, 2022 at the address(es) listed below:**

**Name**      **Email Address**

CHARLES GRIFFIN WOHLRAB
     on behalf of Creditor Nationstar Mortgage LLC cwohlrab@raslg.com

DANIEL P. JONES
     on behalf of Creditor U.S. Bank National Association et. al djones@sterneisenberg.com, bkecf@sterneisenberg.com

DANIELLE BOYLE-EBERSOLE
     on behalf of Creditor Bridgecrest Credit Company LLC dboyle-ebersole@orlans.com, PABKAttorneyecf@orlans.com

JOSEPH T. BAMBRICK, JR.
     on behalf of Debtor Giovanni Abreu NO1JTB@juno.com

KEVIN G. MCDONALD

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 18, 2022 | Form ID: trc | Total Noticed: 1 |

on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ

on behalf of Creditor Community Loan Servicing  LLC, a Delaware Limited Liability Company bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ

on behalf of Creditor Community Loan Servicing  LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

STEVEN P KELLY

on behalf of Creditor U.S. Bank National Association  et. al skelly@sterneisenberg.com, bkecf@sterneisenberg.com

Scott F Waterman

on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 19-13200-pmm
Chapter 13

In re: Debtor(s) (including Name and Address)

Giovanni Abreu
205 W. Green Street
Reading PA 19601

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/17/2022.

Name and Address of Alleged Transferor(s):

Claim No. 1: Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd. 5th Floor, Coral Gables, Florida 33146

Name and Address of Transferee:

Nationstar Mortgage LLC
RightPath Servicing
PO Box 619096
Dallas, TX 75261-9741

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 08/20/22

Tim McGrath
**CLERK OF THE COURT**