| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 19-13200-PMM

GIOVANNI ABREU  
205 W. GREEN STREET  
READING  PA   19601

Petition Filed Date: 05/16/2019  
341 Hearing Date: 08/06/2019  
Confirmation Date: 10/15/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/03/2022 | $48.00 | | 09/02/2022 | $48.00 | | 10/03/2022 | $48.00 | |
| 11/02/2022 | $48.00 | | 12/05/2022 | $48.00 | | 01/04/2023 | $48.00 | |
| 02/02/2023 | $48.00 | | 03/06/2023 | $48.00 | | 04/03/2023 | $48.00 | |
| 05/03/2023 | $48.00 | | 06/05/2023 | $48.00 | | 07/05/2023 | $48.00 | |

**Total Receipts for the Period: $576.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $3,997.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | JOSEPH T BAMBRICK JR ESQ | Attorney Fees | $2,500.00 | $2,500.00 | $0.00 |
| 1 | SELECT PORTFOLIO SERVICING INC<br>»» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | BRIDGECREST CREDIT COMPANY LLC<br>»» 002 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 3 | SELENE FINANCE LP<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 004 | Unsecured Creditors | $353.10 | $309.70 | $43.40 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 005 | Unsecured Creditors | $907.23 | $795.76 | $111.47 |

Chapter 13 Case No. 19-13200-PMM

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,997.00 | Current Monthly Payment: | $51.07 |
| Paid to Claims: | $3,605.46 | Arrearages: | ($328.22) |
| Paid to Trustee: | $347.86 | Total Plan Base: | $4,179.48 |
| Funds on Hand: | $43.68 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.