United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 19-13200-pmm

Giovanni Abreu     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2

Date Rcvd: Dec 20, 2023     Form ID: 234     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Giovanni Abreu, 205 W. Green Street, Reading, PA 19601-2703 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Community Loan Servicing  LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Community Loan Servicing  LLC, a Delaware Limited Liability Company bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor Nationstar Mortgage LLC bkecf@friedmanvartolo.com |
| DANIEL P. JONES | on behalf of Creditor U.S. Bank National Association  et. al djones@sterneisenberg.com, bkecf@sterneisenberg.com |
| DANIEL P. JONES | on behalf of Creditor Federal Home Loan Mortgage Corporation  as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2022-2 djones@sterneisenberg.com, bkecf@sterneisenberg.com |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 20, 2023 | Form ID: 234 | Total Noticed: 1 |

DANIELLE BOYLE-EBERSOLE
    on behalf of Creditor Bridgecrest Credit Company  LLC dboyle-ebersole@orlans.com, PABKAttorneyecf@orlans.com

JOSEPH T. BAMBRICK, JR.
    on behalf of Debtor Giovanni Abreu NO1JTB@juno.com

KEVIN G. MCDONALD
    on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

STEVEN K. EISENBERG
    on behalf of Creditor Select Portfolio Servicing  Inc. seisenberg@sterneisenberg.com, bkecf@sterneisenberg.com

STEVEN P KELLY
    on behalf of Creditor U.S. Bank National Association  et. al skelly@sterneisenberg.com, bkecf@sterneisenberg.com

Scott F Waterman
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 13

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Giovanni Abreu
        Debtor(s)

Case No: 19−13200−pmm
Chapter: 13

_____

### NOTICE OF TERMINATION OF WAGE ORDER

NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed a notice indicating that all plan payments have been made.

2. **Pursuant to the Amended Standing Order of this Court, Misc. No. 22−03003, any wage order entered in this case has been TERMINATED and the employer shall cease wage withholding EFFECTIVE IMMEDIATELY upon receipt of notice of the termination of the wage order.**

3. Pursuant to the Standing Order, **the Debtor(s) counsel must serve this Notice on the employer FORTHWITH.**

For The Court

Timothy McGrath,
Clerk of Court

Date: 12/20/23