Certificate Number: 12433-PAE-DE-038085765

Bankruptcy Case Number: 19-13200



12433-PAE-DE-038085765

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 9, 2024, at 9:28 o'clock PM EST, Giovanni Abreu completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   January 10, 2024               By:   /s/Lisa Susoev

                                        Name:  Lisa Susoev

                                        Title:  Teacher